IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RUDOLPH WORDLAW, Individually,** and on Behalf of all others Similarly Situated, | : : : | **CIVIL ACTION NO.** **3:15-CV-001870-TCB-RGV** |
| Plaintiffs, | : : | |
| v. | : : | |
| **FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF VILLA RICA, LLC,** | : : : : | |
| Defendants. | : | |

### NOTICE OF FILING CONSENT TO SERVE AS PLAINTIFF REPRESENTATIVE UNDER THE FAIR LABOR STANDARDS ACT

COME NOW Plaintiffs and hereby file the Consent to Serve As A Plaintiff Representative Under the Fair Labor Standards Act, executed by Plaintiff James Farr.

Respectfully submitted, this 7th day of December, 2015.

/s Ryan M. Goudelocke
Steven G. Durio (#05230)
durio@dmsfirm.com
Ryan M. Goudelocke (#30525)
ryan@dmsfirm.com
Daniel J. Phillips (#32921)
dan@dmsfirm.com

**DURIO, McGOFFIN, STAGG & ACKERMAN**
220 Heymann Boulevard (70503)
Post Office Box 51308

Lafayette, LA   70505-1308
(337) 233-0300   Telephone
(337) 233-0694   Facsimile

/s/ Mitchell D. Benjamin
Mitchell D. Benjamin
Georgia Bar No. 049888
benjamin@dcbflegal.com
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
kevin.fitzpatrick@dcbflegal.com
Charles R. Bridgers.
Georgia Bar No. 080791
charlesbridgers@dcbflegal.com

**DeLONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN LLC**
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 979-3150   Telephone
(404) 979-3170   Facsimile

**ATTORNEYS FOR PLAINTIFF AND CLASS**