IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUDOLPH WORDLAW and JAMES FARR, Individually, and on Behalf of all others Similarly Situated,<br>        Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF VILLA RICA, LLC; FLOWERS BAKING COMPANY OF THOMASVILLE, LLC<br>        Defendants. | CIVIL ACTION NO. |

**CONSENT TO SERVE AS A PLAINTIFF REPRESENTATIVE UNDER THE**
**FAIR LABOR STANDARDS ACT (29 U.S.C. §201, ET SEQ.)**

I, _James Farr_, consent to serve as a Plaintiff and Class Representative in the above-referenced action and to represent the interests of the class members with respect to all cognizable claims for minimum wage and overtime compensation and any other benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with the Fee Agreement executed by the undersigned for such purpose.

This _5_ day of _December_, 2015.

_____
Signature