IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RUDOLPH WORDLAW, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 3:15-cv-187-TCB |
| FLOWERS FOODS, INC., et al., | |
| Defendants. | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amended the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The two phases of discovery, as set out in the parties Joint Preliminary Report and Discovery Plan is GRANTED.

IT IS SO ORDERED this 19th day of April, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)