IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUDOLPH WORDLAW, Individually, and on Behalf of all others Similarly Situated, | CIVIL ACTION NO. 3:15-CV-00187-TCB-RGV |
| Plaintiffs, | |
| v. | |
| FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF VILLA RICA, LLC, | |
| Defendants. | |

## CONSENT TO JOIN FLSA ACTION AS A PARTY PLAINTIFF

By my signature below, I hereby authorize the prosecution of the above-captioned case. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action. I hereby designate the named Plaintiff and named Plaintiff's Counsel to represent me for all purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct.

_Richard C Smith_         _April 20, 2016_
Full Signature                                   Date

_Richard C Smith_
Type or Print Name

_110 Towne Ln._    _Leesburg,_    _Georgia_    _31763_
Street Address           City             State       Zip Code

_229-886-9539_          _RichardCSmith@Hotmail.com_
Telephone                             Email Address