IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RUDOLPH WORDLAW, individually and on behalf of others similarly situated, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF VILLA RICA, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-187-TCB |

**O R D E R**

This is an action for overtime compensation allegedly due under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). On September 30, 2016, Defendants Flowers Foods, Inc. and Flowers Baking Company of Villa Rica, LLC filed a motion to compel [48] seeking an order directing Plaintiffs to respond to Defendants' discovery

requests that were served on June 29 and have not been responded to. Defendants also seek an extension of phase one of discovery.[1]

Pursuant to paragraph 11 of the Court's instructions to parties and counsel [18], the Court terminated the motion and directed Plaintiffs to submit an e-mail responding to the issues raised in the motion. Lead Plaintiffs' counsel is in Lafayette, Louisiana, and on August 4, 2016, local counsel withdrew. Despite their efforts to find replacement local counsel, lead counsel has been unable to do so, and they assert that "[w]orking with [their Georgia-based] clients has been logistically impractical without local counsel to meet with . . . them, receive and review their documents, and prepare them to be produced to defendants." Lead Plaintiffs' counsel "anticipate[s] providing responses as soon as practicable once substitute local counsel is secured." In the meantime, Plaintiffs do not oppose the requested extension of discovery.

---

[1] The Court's scheduling order [20] granted the parties' request to bifurcate discovery. Phase one began on May 1, 2016, and in August the Court granted a motion to extend phase one through October 14 due to Plaintiffs' need to retain new local counsel. No subsequent motions for extensions of time or to stay discovery have been filed.

The Court is troubled by Plaintiffs' response. Defendants' discovery requests were served on June 29, 2016, making Plaintiffs' responses due July 30. Local counsel for Plaintiffs filed their certificate of consent to withdraw on August 4, five days *after* the deadline to respond, although Plaintiffs' consent motion to extend phase one of discovery makes clear that they were aware of the impending withdrawal before that date. Moreover, local counsel's withdrawal is no excuse for lead counsel's failure to comply with deadlines and other obligations in this case, including those pertaining to discovery.

The Court orders Plaintiffs to (1) serve verified answers to Defendants' first interrogatories, (2) serve a written response to Defendants' first request for production, and (3) produce the requested documents and tangible things to Defendants' counsel by October 27, 2016 unless Defendants agree to an alternative timeframe. Phase one of discovery is hereby extended until the latter of November 11 or fifteen days after Plaintiffs' discovery responses and documents are provided to Defendants' counsel.

IT IS SO ORDERED this 12th day of October, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge